MANUEL A. FRÍAS, demandante y apelado, *v.* JOSÉ y FAUSTINO BERRÍOS SÁNCHEZ, demandados y apelantes.

Núm. 7961.—*Sometido:* Marzo 25, 1940. *Resuelto:* Julio 10, 1940.

*F. González Fagundo,* abogado de los apelantes; *R. Palacios Rodríguez* y *Géigel & Silva,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

El apelado demandó en cobro de la suma de $1,500 como servicios médicos. La corte inferior le concedió $750, basada en gran parte en el testimonio de otro médico, y los herederos del paciente apelaron. El apelado solicita la desestimación del recurso por frívolo. La única cuestión suscitada es, según se alega, lo excesivo de los honorarios concedidos.

El caso presentado por el apelado no nos convence suficientemente de que los cargos no fueran altos. Lo que resalta es que el médico tratara de recobrar $1,500 por 52 visitas. Tomando un promedio de $6 por visita ello hubiera hecho que la suma a recobrarse ascendiera a unos $300. Es menester que el apelado presente un caso mejor.

Durante la vista ante este tribunal los apelantes presentaron una supuesta "minuta" que fué ofrecida en evidencia en la corte inferior y que no vino incluída en el pliego de excepciones ni en la exposición del caso. El certificado suscrito por el Secretario de la Corte de Distrito de Humacao dice que la minuta fué presentada en evidencia, mas convenimos con el apelado en que una porción aislada de la prueba no puede hacerse formar parte de los autos ante este tribunal. Ésta es la regla. Por vía de ilustración podríamos decir que si la misma se hubiera ofrecido en la corte inferior hubiera habido motivos para excluirla o la parte contraria tal vez hubiese podido insistir en que declaraciones o certificados adicionales fueran incluídos en el pliego de excepciones o exposición del caso.

Tenemos serias dudas en torno a la cuantía de la reclamación y en su consecuencia la moción para desestimar el recurso por frívolo no puede prevalecer y *debe ser declarada sin lugar*.